IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KULTHOUM A. MEREISH :
    Plaintiff, :

v. : CIVIL NO. L-98-1696

LOUIS CALDERA, :
SECRETARY OF THE ARMY,
    Defendant. :

ORDER

For the reasons stated in a Memorandum of even date, this Court hereby GRANTS in part and DENIES in part Defendant's Motion for Summary Judgment. The Court also ORDERS the parties to conduct limited discovery on the issue of Plaintiff's ADEA claim.

IT IS SO ORDERED this 29TH day of September, 1999.

                              Benson Everett Legg
                              United States District Judge