IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KULTHOUM A. MEREISH          :
    Plaintiff,           :

v.                           :          CIVIL NO. L-98-1696

LOUIS CALDERA,               :
SECRETARY OF THE ARMY,
    Defendant.           :

ORDER

For the reasons stated in the Court's Memorandum of even date, this Court hereby ORDERS that:

(i) Defendant's Motion for Summary Judgment is GRANTED;

(ii) this Order shall constitute the final Judgment of the Court; and

(iii) the Clerk of the Court is DIRECTED to close the case.

IT IS SO ORDERED this 12 day of April, 2000.

_____
Benson Everett Legg
United States District Judge