

U.S. Department of Justice

United States Attorney
District of Maryland
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 26  P 2: 49

AT BALTIMORE

CLERK'S OFFICE
_____ DEPUTY

| | | |
|---|---|---|
| Lynne A. Battaglia<br>United States Attorney<br><br>Allen F. Loucks<br>Assistant United States Attorney | 6625 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201-2692 | 410-209-4800<br>TTY/TDD 410-962-4462<br>410-209-4812<br>FAX 410-962-9947 |

October 24, 2000

By Hand

The Honorable Benson E. Legg
United States District Judge
United States District Court for
 the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

                  Re: ▓▓▓▓▓▓▓▓▓▓▓▓
                       ▓▓▓▓▓▓▓▓▓▓▓▓

                  Assaad v. Caldera
                  Civil No. L-98-3828

                  Crosland v. Caldera
                  Civil No. L-99-2280

Dear Judge Legg:

      We received the opinion from the Fourth Circuit affirming the dismissal of all of the race and national origin claims and remanding the cases for reconsideration of the motion for summary judgment as to the age claims in light of the opinion in Reeves v. Sanderson Plumbing Products, Inc., 120 S. Ct. 2097 (2000), which issued after our earlier briefs were filed in this Court.

      I request leave to brief the issue. I would propose to submit a brief in 30 days, if this is acceptable with the Court.

      Thank you for your consideration of this request.

*Approved* Mr. Loucks to submit his brief on or before November 27, 2000, with opposing and reply briefs to be filed according to the schedule set out in the Rules. B. LEGG USDJ 10/25/00

Very truly yours,

Lynne A. Battaglia
United States Attorney

By: _____
Allen F. Loucks
Assistant United States Attorney

cc: Rosemary McDermott, Esq. (by fax)
    MAJ Frank King (by fax)
    Jane Erisman, Esq. (by e mail)

MOTION " ~~_____~~ " this ___ day of ~~_____~~ 20___.

~~_____~~
BENSON EVERETT LEGG, U.S.D.J.