UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

July 17, 2001

MEMORANDUM TO COUNSEL

        Re:    <u>Mereish v. Caldera</u>    <u>Assaad v. Caldera</u>    <u>Crosland v. Caldera</u>
                Civil #L-98-1696    Civil #L-98-3828    Civil #L-99-2280

Dear Counsel:

        I am currently in the process of reviewing the pending motion for summary judgment. I have received Ms. McDermott's letter dated May 23, 2001. In her letter, Ms. McDermott states that it is her clients' understanding "that their research is being continued, but by younger scientists."

        The Army has argued that Plaintiffs were part of the Reduction in Force (RIF) because their research was no longer needed. Plaintiffs' claim that there is evidence that the Army has continued the Plaintiffs' scientific research utilizing younger scientists may, therefore, be relevant to the Court's disposition of the pending motions.

        On or before July 31, 2001, the parties shall submit a status report answering the following questions:

    (a)    What evidence is there that Plaintiffs' "research is being continued, but by younger scientists"?
    (b)    Why was this evidence not sought or produced earlier and briefed in the summary judgment memoranda?
    (c)    Is this evidence relevant to the Court's inquiry of Plaintiffs' age discrimination claims?
    (d)    Is additional discovery necessary? If so, how long would it take?

        Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                            Very truly yours,

                                            Benson Everett Legg

c:    Court file

