**U.S. Department of Justice**

United States Attorney
District of Maryland
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG 17  A 11: 31
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

Stephen M. Schenning
United States Attorney

Allen F. Loucks
Assistant United States Attorney

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4812
FAX 410-962-2310
Allen.Loucks@usdoj.gov

August 15, 2001

By Hand

The Honorable Benson E. Legg
United States District Judge
United States District Court for
  the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: Mereish v. Caldera
    Civil No. L-98-1696

    Assaad v. Caldera
    Civil No. L-98-3828

    Crosland v. Caldera
    Civil No. L-99-2280

Dear Judge Legg:

   I write to request a one-week extension of the time in which to report to the Court about the number of deposition hours that would be required. I am authorized to state that Ms. McDermott has reviewed and approved this letter.

   Owing to my absence from the office recently, the parties have been unable to confer in sufficient detail to determine whether more than ten deposition hours will be needed. Ms. McDermott has communicated with me by letter about her view that more than ten hours are needed. Based on the information I have received, however, I am not at this point able to concur.



      I have asked for, and Ms. McDermott has graciously consented to serve, deposition notices for the specific individuals and Rule 30(b)(6) witnesses plaintiffs would seek to depose. When I have that information in hand and can share it with the agency, I will be in a better position to assess the number of hours required. I would then propose to report back to the Court by August 22 if the parties have a disagreement about the number of hours that are considered necessary.

      Thank you for your consideration of this request.

                    Very truly yours,

                      Stephen M. Schenning
                      United States Attorney

            By: _____
                    Allen F. Loucks
                    Assistant United States Attorney

cc: Rosemary McDermott, Esq. (w/ encl.)(by fax)

*Approved*
*August 16, 2001*
*BLee*
*USDJ*