*McDermott & Associates*
ATTORNEY-AT-LAW
128 EAST MAIN STREET
THURMONT, MARYLAND 21788
Licensed in PA and MD

PHONE: 301.271.7886
FAX:   301.271.7664
E-mail: FredLaw@Erols.com

August 22, 2001

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG 27 P 3: 53
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

The Honorable Benson E. Legg
United States District Judge
U.S. District Court for the
  District of Maryland
101 W. Lombard Street
Baltimore, MD  21201-2691

Re: *Assaad v. Caldera*, Civil Action: L98-CV-3828; *Mereish v. Caldera*, No. L981696 and *Crosland v. Caldera*, No. L992280

Dear Judge Legg:

Per your Order dated August 16, 2001, I am respectfully requesting eighteen (18) hours for the deposition of witnesses in the above-cited cases. The attorney for the agency, Mr. Allen F. Loucks does not agree with the request. However, he will not oppose it.

In his letter faxed to me on August 22, 2001, Mr. Loucks appears to be under the impression that Dr. Assaad's EEOC Case No. 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X is connected to this present case. The EEOC case did not involve the issue of the Reduction-in-Force nor of age discrimination. Dr. Assaad was publically humiliated on his last day at USAMRIID, and his EEOC case alleged retaliation for filing a discriminatory action against the USAMRIID. Neither reduction-in-force issues nor age discrimination issues were included in the EEOC case. Some of Dr. Assaad's EEOC deponents, however, will be needed to obtain the evidence supporting the plaintiffs' claim in this present case.

We thank this Court for the opportunity to obtain the needed evidence that the plaintiffs' work is continuing to be treated as a priority at the USAMRIID, but is being continued by younger scientists. Thank you for your consideration of this request.

Sincerely,

Rosemary A. McDermott

RAM/tek
cc: Mr. Allen Loucks

*Handwritten note:* Counsel: 18 hours seem high. Please submit a list of witnesses and the number of hours anticipated for depositions of each.

Benson Legg
USDJ
8/24/01