# McDermott & Associates
## ATTORNEY-AT-LAW
128 EAST MAIN STREET
THURMONT, MARYLAND 21788
Licensed in PA and MD

PHONE: 301.271.7886
FAX: 301.271.7664
E-mail: FredLaw@Erols.com

August 30, 2001

The Honorable Benson E. Legg
United States District Judge
U.S. District Court for the
   District of Maryland
101 W. Lombard Street
Baltimore, MD  21201-2691

Re: *Assaad v. Caldera*, Civil Action: L98-CV-3828; *Mereish v. Caldera*, No. L981696 and *Crosland v. Caldera*, No. L992280

Dear Judge Legg:

In response to the Court's Order docketed on August 27, 2001, the plaintiffs would intend to take the depositions of ten (10) individuals having first hand knowledge that their work is continuing at USAMRIID by younger scientists, some of whom were hired both during and after the 1997 Reduction-in-Force. If the defendant can provide this information through other discovery procedures, including answers to interrogatories, responses to request for documents, and admissions, depositions will not be needed. Otherwise, we would need to depose the supervisors, personnel agents, and young scientists to verify the information.

The supervisors of scientific projects at USAMRIID with first-hand knowledge of the animal research being undertaken include: Edward M. Eitzen, Jr., Commander, Frank J. Lebeda, Chief of the Cell Biology and Biochemistry Division, Robert W. Wannemacher, Jr., Principal Investigator of Protocol F98-08G, and Ross D. LeClaire, Chief of the Department of Toxinology. The personnel agents with information about the hiring practices and competitive levels during and after the 1997 RIF are Carol Dick, civilian personnel officer and Alyce Bridges, a management analyst for USAMRIID. Arthur M. Friedlander, Chief of the Bacteriology Division was sending out vacancy announcements in 1998 and 1999 for research work undertaken by the eliminated scientists prior to their termination. We would also depose two of the younger scientists hired during and after the 1997 RIF who are doing ricin research, molecular modeling, and therapeutic drug research, projects that the eliminated scientists were researching prior to their elimination.

We anticipate approximately eighteen (18) hours over a three-day period. However, if the information is forthcoming through other discovery procedures, the depositions would be considerably shortened. Thank you again for your consideration of this request.

Sincerely,

Rosemary A. McDermott

RAM/tek
cc: Mr. Allen Loucks
Drs. Assaad, Mereish, Crosland