

U.S. Department of Justice

United States Attorney
District of Maryland
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 24  P 2: 53

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | | |
|---|---|---|
| Thomas M. DiBiagio<br>United States Attorney<br><br>Allen F. Loucks<br>Assistant United States Attorney | 6625 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201-2692 | 410-209-4800<br>TTY/TDD:410-962-4462<br>410-209-4812<br>FAX 410-962-2310<br>Allen.Loucks@usdoj.gov |

September 19, 2001

<u>By Hand</u>

The Honorable Benson E. Legg
United States District Judge
United States District Court for
  the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: <u>Mereish v. Caldera</u>
Civil No. L-98-1696

<u>Assaad v. Caldera</u>
Civil No. L-98-3828

<u>Crosland v. Caldera</u>
Civil No. L-99-2280

Dear Judge Legg:

I write to request a continuation of the discovery deadline up through and including November 30, 2001. I am authorized to state that Rosemary McDermott, Esq., counsel for the plaintiffs, has reviewed and approved this letter.

Plaintiffs had requested depositions of certain government witnesses. The Court has allowed same. While the Court had the request under advisement, however, plaintiffs also served written discovery and indicated that depending on the results of that effort, one or more of the depositions might not be required. Under the present discovery deadline, the parties would have to accomplish the depositions before the written discovery was responded to. In an effort to see if the written discovery will bear fruit, the

*Discovery deadline and status report extended to 11/30/01.   B. Legg
USDJ  9/21/01*

parties have agreed to hold all depositions in abeyance until after the service of responses by the government. Then the parties will determine which additional depositions are needed.

An extension of this nature will necessarily delay the time for the renewal of the defendant's dispositive motion. We request that the time for the filing of that motion be set for December 31.

Thank you for your consideration of this request.

                Very truly yours,

                Thomas M. DiBiagio
                United States Attorney

By: _____
      Allen F. Loucks
      Assistant United States Attorney

cc: Rosemary McDermott, Esq. (by fax)
    MAJ Frank King, Esq. (by fax)