UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV -6  P 3:05

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

November 6, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:     Assaad v. Caldera, Civil #L-98-3828
Mereish v. Caldera, Civ. #L-98-1696
Crosland v. Caldera, Civ. #L-99-2280

Dear Counsel:

A telephone conference will be held on November 14, 2001, at 5:00 p.m. regarding the discovery disputes in Ms. McDermott's letter of October 25, 2001. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:     Court file