IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KULTHOUM A. MEREISH, ET AL. *

  v.         * Civil No. L-98-1696

LOUIS CALDERA      *

\*\*\*\*\*

AYAAD ASSAAD      *
           *
  v.         * Civil No. L-98-3828
           *
LOUIS CALDERA      *

\*\*\*\*\*

RICHARD D. CROSLAND   *
           *
  v.         * Civil No. L-99-2280
           *
LOUIS CALDERA      *

\*\*\*\*\*

ORDER

After conferring with counsel it is, this 8th day of November 2001

ORDERED that defendant's motion for protective order is granted in part and denied in part.

                 _____
                 J. Frederick Motz
                 United States District Judge