UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 21  A 11: 14

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 20, 2001

MEMORANDUM TO COUNSEL

    Re:    Mereish v. Caldera    Assaad v. Caldera    Crosland v. Caldera
           Civil #L-98-1696    Civil #L-98-3828    Civil #L-99-2280

Dear Counsel:

    On November 14, 2001, the Court held a telephone conference to discuss counsel's various letters regarding discovery.

    Pursuant to the telephone conference, Mr. Loucks shall determine (i) what projects the plaintiffs previously worked on, (ii) whether any of those projects are ongoing, (iii) who currently works on those projects, and (iv) the dates of birth of those people. Additionally, Mr. Loucks shall disclose the budget allocations for civilian salaries for the years 1997-2001 to Ms. McDermott.

    The depositions of Dr. Crosland and Dr. Assaad shall be taken by Mr. Loucks in Frederick, Maryland. The discovery deadline is hereby extended until December 10, 2001.

    The motions for summary judgment shall be briefed as follows. Mr. Loucks shall file any motions for summary judgment by January 10, 2002. Ms. McDermott shall file any opposition memoranda by January 31, and Mr. Loucks shall file any reply memoranda by February 12.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                      Very truly yours,

                                                      Benson Everett Legg

c:    Court file