IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KULTHOUM A. MEREISH | : | |
| | : | |
| v. | : | CIVIL NO. L-98-1696 |
| | : | |
| LOUIS CALDERA,   SECRETARY OF THE ARMY | : | |
| | | |
| AYAAD ASSAAD | : | |
| | : | |
| v. | : | CIVIL NO. L-98-3828 |
| | : | |
| LOUIS CALDERA,   SECRETARY OF THE ARMY | : | |
| | | |
| RICHARD D. CROSLAND | : | |
| | : | |
| v. | : | CIVIL NO. L-99-2280 |
| | : | |
| LOUIS CALDERA,   SECRETARY OF THE ARMY | : | |

### ORDER

For reasons stated in the memorandum of even date, the Court hereby:

(i)   GRANTS Defendant's Motion for Summary Judgment;

(ii)  DENIES Plaintiffs' Motions for Summary Judgment; and

(iii) DIRECTS the CLERK to CLOSE all three of the above captioned CASES.

It is so ORDERED this 30 day of September, 2002.

Benson Everett Legg
United States District Judge

MICROFILMED
OCT